ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Patricia Flores Jauregui,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV 26-04365-PHX-SPL

**ORDER**

On June 23, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging her immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). Pursuant to General Order 26-09 (Doc. 3), Respondents were directed to show cause for why the Petition should not be granted. After Respondents responded (Doc. 6), they filed a Notice of Imminent Removal stating that Petitioner was "scheduled to be removed within the next week." (Doc. 8). No further filings have been made, it is unclear whether Petitioner has been removed.

Accordingly, the Court will direct Respondents to provide an update on their efforts to effectuate Petitioner's removal within seven days of this Order.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that Respondents must file an update on their efforts to remove Petitioner within **seven (7) days** of the date of this Order.

Dated this 17th day of November, 2026.

Honorable Steven P. Logan
United States District Judge